UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIM CHIN,<br>          Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC.,<br>          Defendant. | CIVIL ACTION NO. 04-11614RGS |

### ASSENTED TO MOTION OF CVS PHARMACY, INC. TO EXTEND DEADLINE FOR RESPONSE TO COMPLAINT

Defendant CVS Pharmacy, Inc. ("CVS") hereby moves this Court for an extension through and including Friday, August 13, 2004 for CVS to file a pleading in response to Plaintiff's Complaint. CVS requests this extension to allow the parties additional time to discuss potential resolution of this matter without the need for further litigation. Plaintiff assents to this motion.

Respectfully submitted,

CVS PHARMACY, INC.
By its attorney,

/s/ Stephen T. Paterniti
Stephen T. Paterniti, BBO #564860
JACKSON LEWIS LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

ASSENTED TO:

/s/ Laurence E. Sweeney
Laurence E. Sweeney
9 Lynn Avenue
Chelmsford, MA 01863