# COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.                                  SUPERIOR COURT DEPARTMENT
                                                CIVIL ACTION NO. 04-02541

TIN CHIN,
        Plaintiff,

v.

CVS PHARMACY, INC,
        Defendant,

## REMOVAL TO U.S. DISTRICT COURT

**Commonwealth of Massachusetts**
**SUPERIOR COURT DEPARTMENT**
**THE TRIAL COURT**
**CAMBRIDGE**

MICV 2004-02541

I, Karen O'Connor, Deputy Assistant Clerk of the Superior Court, within and for said County of Middlesex, do certify that the annexed papers are true copies made by photographic process of pleadings entered in the Superior Court on the June 24, in the year of our Lord Two Thousand Four.

                                          In testimony whereof, I hereunto set my hand and affix the seal of said Superior Court, at Cambridge, in said County, this July 22, in the year of our Lord Two Thousand Four.

                                          _Karen A. O'Connor_
                                          Deputy Assistant Clerk



# Commonwealth of Massachusetts
## MIDDLESEX SUPERIOR COURT
### Case Summary
### Civil Docket

## MICV2004-02541
## Chin, Foe And In Hehalf Of himself And All Other Current Or v CVS Pharmacy, Inc.

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 06/24/2004 | **Status** | Disposed: transfered to other court (dtrans) | | |
| **Status Date** | 07/22/2004 | **Session** | F - Cv F (10A Cambridge) | | |
| **Origin** | 1 | **Case Type** | A99 - Misc contract | | |
| **Lead Case** | | **Track** | F | | |
| **Service** | 09/22/2004 | **Answer** | 11/21/2004 | **Rule12/19/20** | 11/21/2004 |
| **Rule 15** | 11/21/2004 | **Discovery** | 04/20/2005 | **Rule 56** | 05/20/2005 |
| **Final PTC** | 06/19/2005 | **Disposition** | 08/18/2005 | **Jury Trial** | No |

### PARTIES

**Plaintiff**
Tim Chin, Foe And In Hehalf Of himself And All Other Current Or
Former Employee Pharmacists Similalry Situated
Active 06/24/2004

**Private Counsel 559208**
Laurence E Sweeney
9 Lynn Avenue
North Chelmsford, MA 01863
Phone: 978-251-1711
Fax:
Active 06/24/2004 Notify

**Defendant**
CVS Pharmacy, Inc.
Service pending 06/24/2004

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 06/24/2004 | 1.0 | Complaint & civil action cover sheet filed |
| 06/24/2004 | | Origin 1, Type A99, Track F. |
| 07/22/2004 | 2.0 | Case REMOVED this date to US District Court of Massachusetts by deft.CVS Pharmacy, Inc. |
| 07/22/2004 | | REMOVED TO U.S. DISTRICT COURT OF MASS |



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIM CHIN, | ) |
| Plaintiff, | ) Civil Action No. |
| vs. | ) **04-11614 RGS** |
| CVS PHARMACY, INC., | ) |
| Defendant. | ) |

### NOTICE OF REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

Defendant CVS Pharmacy, Inc. ("CVS") respectfully submits that:

1. On or about June 24, 2004, CVS was served with a Summons and Complaint in the matter entitled <u>Tim Chin v. CVS Pharmacy, Inc.</u>, which was filed in Massachusetts Superior Court, Middlesex County.

2. The process, pleadings, and orders served upon Defendant to date in this matter, copies of which are attached hereto as <u>Exhibit A</u>, are as follows:

   a. Summons;

   b. Civil Action Cover Sheet;

   c. Complaint;

   d. Consent to Join Action Under 29 U.S.C. § 216;

   e. Tracking Order;

   f. Plaintiff's First Request for Production of Documents;

   g. Plaintiff's First Request for Admissions; and

    h. Plaintiff's First Set of Interrogatories Propounded to the Defendant;

3. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, because the action presents a claim arising under the Constitution, Law, or Treaties of the United States, as the Plaintiff has asserted federal statutory claims pursuant to 29 U.S.C. § 201 *et seq.* pertaining to the Fair Labor Standards Act.

4. Accordingly, this action is removable to this Court under 28 U.S.C. § 1441.

5. CVS will notify the Middlesex Superior Court and all adverse parties of this Notice of Removal by filing with the court a Notice of Filing of Notice of Removal. A copy of that notification, which will be sent to the Middlesex Superior Court, is attached hereto as <u>Exhibit B</u>.

                                        Respectfully submitted,

                                        CVS PHARMACY, INC.

                                        By its attorneys,

                                        Stephen T. Paterniti (BBO # 564860)
                                        Amanda S. Rosenfeld (BBO # 654101)
                                        Jackson Lewis LLP
                                        75 Park Plaza
                                        Boston, MA 02116

Dated: July 20, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July, 2004, a copy of the foregoing was served on Plaintiff's attorney, Laurence E. Sweeney, 9 Lynn Avenue, North Chelmsford, MA 01863, via first-class mail, postage prepaid.

                                                            Amanda Rosenfeld
                                                            Jackson Lewis LLP

Representing Management Exclusively in Workplace Law and Related Litigation

# jackson|lewis
Attorneys at Law

Jackson Lewis LLP
75 Park Plaza
Boston, Massachusetts 02116
Tel 617 367-0025
Fax 617 367-2155
www.jacksonlewis.com

ATLANTA, GA
BOSTON, MA
CHICAGO, IL
DALLAS, TX
GREENVILLE, SC
HARTFORD, CT
LONG ISLAND, NY

LOS ANGELES, CA
MIAMI, FL
MINNEAPOLIS, MN
MORRISTOWN, NJ
NEW YORK, NY
ORLANDO, FL
PITTSBURGH, PA

SACRAMENTO, CA
SAN FRANCISCO, CA
SEATTLE, WA
STAMFORD, CT
WASHINGTON, DC REGION
WHITE PLAINS, NY

July 20, 2004

Civil Clerk's Office
Middlesex Superior Court Department
Superior Court House
40 Thorndike Street
Cambridge, MA 02141

> FILED
> IN THE OFFICE OF THE
> CLERK OF THE COURTS
> FOR THE COUNTY OF MIDDLESEX
>
> JUL 2 1 2004
>
> CLERK

    Re:    *Tim Chin v. CVS Pharmacy, Inc.*
            *Civil Action No. 04-2541*

Dear Sir/Madam:

    I enclose for filing and docketing the Notice of Filing of Notice of Removal and a certified copy of the Notice of Removal in this matter. Please forward certified copies of all pleadings with an invoice to my attention.

    Thank you for your cooperation and assistance in this matter. Should you have any questions, please do not hesitate to contact me.

    Very truly yours,

    JACKSON LEWIS LLP

    Amanda S. Rosenfeld

Enclosures

cc:    Stephen T. Paterniti
        Laurence E. Sweeney

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss                                                    SUPERIOR COURT

| | |
|---|---|
| TIM CHIN, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 04-2541 |
| ) | |
| vs. ) | |
| ) | |
| CVS PHARMACY, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

To:   Civil Clerk's Office
      Middlesex Superior Court Department
      Superior Court House
      40 Thorndike Street
      Cambridge, MA 02141

FILED
IN THE OFFICE OF THE
CLERK OF THE COURTS
FOR THE COUNTY OF MIDDLESEX
JUL 2 1 2004
CLERK

PLEASE TAKE NOTICE that a Notice of Removal in the above action from the Superior Court, Middlesex County, has been duly filed in the U.S. District Court for the District of Massachusetts. Attached hereto as <u>Exhibit A</u> is a certified copy of that Notice of Removal.

Respectfully submitted,

CVS PHARMACY, INC.

By its attorneys,

Stephen T. Paterniti (BBO # 564860)
Amanda S. Rosenfeld (BBO # 654101)
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116

Dated: July 20, 2004

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July, 2004, a copy of the foregoing was served on Plaintiff's attorney, Laurence E. Sweeney, 9 Lynn Avenue, North Chelmsford, MA 01863, via first-class mail, postage prepaid.

*Amanda Rosenfeld*
Jackson Lewis LLP